# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ALDER,<br>  Plaintiff,<br><br>    v.<br><br>AIG PROPERTY CASUALTY COMPANY, et al.,<br>  Defendants. | 2:24-cv-9917-DSF-ASx<br><br>Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

  This case was filed in this Court based on diversity jurisdiction. However, the complaint, on its face, shows that there is not complete diversity among the parties. Plaintiff is alleged to be a citizen of California. Defendant John P. Johnson is an individual alleged to be a citizen of California and Defendant Hub International Insurance Services, Inc. is alleged to be a California corporation. Additionally, Plaintiff has not alleged the principal place of business of any of the corporate defendants.

  Therefore, Plaintiff is ordered to show cause, in writing, no later than December 6, 2024, why this case should not be dismissed for lack of subject matter jurisdiction.

  IT IS SO ORDERED.

Date: November 22, 2024

                    _____
                    Dale S. Fischer
                    United States District Judge